1
2
3
4
5
6
7
8         **UNITED STATES DISTRICT COURT**
9         **SOUTHERN DISTRICT OF CALIFORNIA**
10
11    LEE WISE, an individual; MICHAEL                CASE NO. 08cv2315-LAB (CAB)
      DIAZ, an individual; on behalf of
12    themselves, and on behalf of all persons       **ORDER RE: SETTLEMENT**
      similarly situated,                            **HEARING**
13
                                    Plaintiffs,
14         vs.
15
      CUBIC DEFENSE APPLICATIONS,
16    INC., a California Company; CUBIC
      CORPORATION, a Delaware
17    Corporation; CUBIC APPLICATIONS,
      INC., a California Company; CUBIC
18    DEFENSE APPLICATIONS GROUP;
      and DOES 1 to 10,
19
                                    Defendants.
20
21         This case has settled.  On November 10, 2009, Plaintiffs filed a motion for the

22    preliminary approval of the settlement.  The Court initially calendared a hearing for February

23    8, 2009, but Plaintiffs have asked for an expedited hearing, between November 30, 2009

24    and December 4, 2009, because Plaintiff Wise is being deployed to Afghanistan.

25    //

26    //

27    //

28    //

1       This matter is referred to Magistrate Judge Bencivengo.  The parties should jointly

2   contact Judge Bencivengo's chambers for further instructions.  Based on the Court's

3   experience, oral argument will not be necessary.  *See Witriol v. Lexis Nexis*, Case No.

4   06–CV–2360, Dkt. No. 57.

5

6       **IT IS SO ORDERED**.

7   DATED:  November 18, 2009

8

9   **HONORABLE LARRY ALAN BURNS**
    United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28